**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Nationwide Coin & Bullion Reserve, Inc. and Dallas Paskell, Turner Jones, Lawrence Kuykendall, and Melida Jones v. William Ciarlone

Appellate case number:   01-20-00777-CV

Trial court case number: 2019-57418

Trial court:             334th District Court of Harris County

The motion for reconsideration en banc is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Malloy, Guerra, and Farris.

Date: ___October 11, 2022_____